## Francis D. Boardman v. Charles W. Taylor.

*Transcript of Record: What diligence required in filing.* When a transcript of the record has not been filed within the proper time, permission to file it will not be granted unless a sufficient excuse is shown for the delay, and a readiness to file it when the motion to dismiss is made, or within a time satisfactory to the court.

A party seeking relief is bound to show that he has done all in his power to procure a return, and paid, or been ready to pay the Register's fees.

*Heard, October 8th.   Decided October 9th.*

Appeal from Kent Circuit in Chancery.

This was a motion to enter and dismiss said appeal for want of prosecution.

The appeal was taken April 19, 1867. An extension of time was granted by the court below in which to file a transcript, expiring June 18, 1867. It appeared from the affidavit of the Register of the court below that he applied to the appellant several times prior to June 18, 1867, for instructions as to what portions of the record were to be sent up, and informed appellant that it would cost from $50 to $60; but appellant would give no instructions, and did not offer to pay the costs.

The appellant admitted the facts of said interviews, but claimed that the responsibility as to the amount of the transcript rested with the Register, and denied that he ever demanded his fees. He gave no further excuse for the delay beyond the inaction of the Register, and showed no offer to pay his fees, and no attempt to urge diligence after the time, as extended, had run out.

*A. Russell,* for the motion.

*Geo. Gray,* contra.

The Court held that permission will only be granted to file a transcript when a party shows a sufficient excuse for any delay in sending it up and is ready to file it, when the

motion to dismiss is made, or within such time as will satisfy the court; but that the facts here showed no excuse, and that appellant was bound to show that he had done all in his power to procure a return, and paid, or been ready to pay the Register's fees if required by that officer. He was bound to use active measures to have the papers sent up.

*Motion denied.*